PHILLIP A. TALBERT
Acting United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-00120-KJM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| NICHOLAS TORRIERI, | |
| Defendant. | |

WHEREAS, on or about January 7, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Nicholas Torrieri forfeiting to the United States the following property:

   a. One Dell Inspiron 660 desktop computer, serial number JJSS8Y1;
   b. One Western Digital 1 terabyte hard drive, serial number WMC155357518;
   c. One Nokia cell phone, Model Lumia 521, IMEI number 356706052415546;
   d. One Kingston 16 gigabyte thumb drive;
   e. One PNY 16 gigabyte thumb drive; and
   f. One Professional 8 gigabyte SDHC card.

AND WHEREAS, beginning on January 20, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of

publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Nicholas Torrieri.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 26th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE